No. 51385.—Protest 123556–K/752 of Jim L. Reynolds (Chicago).

Opinion by MOLLISON, J.   An examination of the record failing to reveal anything which would warrant disturbing the action of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE SECOND DIVISION, OCTOBER 30, 1946

No. 51386.—Protest 39126–K of New York Merchandise Co., Inc. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is similar in all material respects to that passed upon in *Nippon Import & Trading Co.* v. *United States* (14 Cust. Ct. 35, C. D. 908).   In accordance therewith the claim at 35 percent under paragraph 921 was sustained.

No. 51387.—Protests 794747–G, etc., of Henry M. Peyser Co. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333).   In accordance therewith the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, OCTOBER 30, 1946

No. 51388.—Protests 956121–G, etc., of Bohemian Distributing Co. (Los Angeles).

Opinion by EKWALL, J.   In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of *Burke* v. *United States* (3 Cust. Ct. 276, C. D. 253), the claim of the plaintiff was sustained.